UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 1:11-MJ-234 |
| THE MATTER OF THE SEARCH OF | |
| WATKINS-TSAI IMAGING CENTERS, LLC | MAGISTRATE JUDGE BOWMAN |
| and | MOTION AND ORDER UNSEALING SEARCH WARRANT |
| ADVANCED FAMILY MEDICAL CENTER, LLC | |

The United States respectfully requests that the Court unseal the Search Warrant and any other pleadings previously filed under seal in the above-numbered case.

Respectfully submitted,

CARTER M. STEWART
United States Attorney

s/Timothy S. Mangan
TIMOTHY S. MANGAN (069287)
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
(513)684-3711; Fax: (513)684-6385

IT IS **ORDERED** that the Search Warrant and any other pleadings previously filed under seal in the above-numbered case shall now be unsealed.

July 16 2013
DATE

HONORABLE STEPHANIE K. BOWMAN
United States Magistrate Judge